UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IRA D. PARTHEMORE,

    Plaintiff,

vs.

KIRAN DEEP SINGH TOOR, et. al.,

    Defendants.

No. C 14-0456 PJH (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at Valley State Prison in Chowchilla, CA which lies within the venue of the United States District Court for the Eastern District of California. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: March 3, 2014.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.14\Parthemore0456.trn.wpd